

# Fourth Court of Appeals
## San Antonio, Texas

### DISSENTING OPINION

No. 04-13-00848-CV

**IN RE** Samantha **LOZANO**,

Original Mandamus Proceeding[1]

Opinion by:     Rebeca C. Martinez, Justice
Dissenting Opinion by:  Luz Elena D. Chapa, Justice

Sitting:        Karen Angelini, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  December 20, 2013

This case involves the best interest of a four-year-old child and the extent to which a parent with an established history of drug abuse, including heroin, will have unrestricted and unsupervised possession of the child. Because of the nature of the case, I believe the trial court should have ordered the records produced and conducted an in camera inspection to determine whether the records were relevant to a determination of the child's best interest. I therefore respectfully dissent to the summary denial of the petition for a writ of mandamus.

Luz Elena D. Chapa, Justice

---

[1] This proceeding arises out of Cause No. 2010EM500779, styled *In the Interest of M.A.J., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.